1

2

3

4

5                      IN THE UNITED STATES DISTRICT COURT

6                   FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    JUSTIN HEFFNER,                    )
                                        )      2:12-cv-00150-GEB-CMK
9                    Plaintiff,         )
                                        )      ORDER CONTINUING STATUS
10            v.                        )      (PRETRIAL SCHEDULING)
                                        )      CONFERENCE
11   WELTMAN, WEINBERG & REIS CO.,      )
     LPA,                               )
12                                      )
                     Defendant.*        )
13   _____   )

14          Plaintiff states in his Status Report filed April 10, 2012

15   that he "has been unable to meet and confer with the named defendant

16   because defendant has not yet appeared in the case." (ECF No. 7, 1:20-

17   21.) However, the Declaration of Service filed on March 27, 2012 (ECF

18   No. 6), reflects that Defendant was served on March 6, 2012, and

19   Plaintiff does not indicate in his Status Report what efforts he is

20   taking to prosecute this action.

21          Therefore, in the event that Defendant does not appear in this

22   action, no later than May 28, 2012, Plaintiff shall either file whatever

23   documents are required to prosecute this case as a default matter or

24

25

26   _____

       *    Since Plaintiff has not justified Doe defendants remaining in
27   this action, Does 1-10 are dismissed. See Order Setting Status (Pretrial
     Scheduling) Conference filed January 20, 2012, at 2 n.2 (indicating that
28   if justification for "Doe" defendant allegations not provided Doe
     defendants would be dismissed).

                                        1

Show Cause in a writing filed why this action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for hearing on April 23, 2012, is continued to commence at 9:00 a.m. on August 20, 2012. A status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  April 12, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge

2