IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JUSTIN HEFFNER,

    Plaintiff,

    v.

WELTMAN, WEINBERG & REIS CO., LPA,

    Defendant.*

2:12-cv-00150-GEB-CMK

ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE

Plaintiff states in his Status Report filed April 10, 2012 that he "has been unable to meet and confer with the named defendant because defendant has not yet appeared in the case." (ECF No. 7, 1:20-21.) However, the Declaration of Service filed on March 27, 2012 (ECF No. 6), reflects that Defendant was served on March 6, 2012, and Plaintiff does not indicate in his Status Report what efforts he is taking to prosecute this action.

Therefore, in the event that Defendant does not appear in this action, no later than May 28, 2012, Plaintiff shall either file whatever documents are required to prosecute this case as a default matter or

---

    * Since Plaintiff has not justified Doe defendants remaining in this action, Does 1-10 are dismissed. See Order Setting Status (Pretrial Scheduling) Conference filed January 20, 2012, at 2 n.2 (indicating that if justification for "Doe" defendant allegations not provided Doe defendants would be dismissed).

1

Show Cause in a writing filed why this action should not be dismissed for failure of prosecution.

Further, the status conference scheduled for hearing on April 23, 2012, is continued to commence at 9:00 a.m. on August 20, 2012. A status report shall be filed fourteen (14) days prior to the status conference.

IT IS SO ORDERED.

Dated:  April 12, 2012

_____
GARLAND E. BURRELL, JR.
United States District Judge